1 | Your Name: Jane Doe
2 | Your Address: PO Box 1381 #2678
3 | Phone Number: Sacramento, CA 95812
4 | Email Address: Justice4janeda@gmail.c
5 | Pro Se Plaintiff

FILED
DEC 19 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe

Plaintiff,

v.

Clerk of Superior Court of SC County in official capacity, and Does 1-10

Defendant.

Case Number (leave blank): C-25-10861 VKD

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☐   No ☑

I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

   Name: _____
   Address: _____
   Telephone: _____

2. Defendants. [Write each defendant's full name, address, and phone number.]

   Defendant 1:
   Name: _____
   Address: _____
   Telephone: _____

   Defendant 2:

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

... located in California.

1  Name: _____
2  Address: _____
3  Telephone: _____
4  Defendant 3:
5  Name: _____
6  Address: _____
7  Telephone: _____
8
9  **II.   JURISDICTION**
10 Usually only two types of cases can be filed in federal court: cases involving "federal questions" and cases
11 involving "diversity of citizenship." Check at least one box.
12 3. My case belongs in federal court:
13    ☐ under federal question jurisdiction because it involves a federal law or right.
14    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including the First and Fourteenth Amendments, 42 U.S.C. § 1983, the Americans with Disabilities Act (ADA), and related federal civil rights statutes. This Court has authority to grant injunctive relief pursuant to 28 U.S.C. §§ 2201 and 2202.
15
16    ☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the
17 defendants and the amount of damages is more than $75,000.
18
19 **III.  VENUE**
20 The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,
21 Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the
22 venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check
23 the box for each venue option that applies.
24 4. Venue is appropriate in this Court because:
25    ☒ a substantial part of the events I am suing about happened in this district.
26    ☐ a substantial part of the property I am suing about is located in this district.
27    ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and
28    I live in this district.

COMPLAINT                                        PAGE ___ OF ___                      FDC TEMPLATE UPDATED 1/2024

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.   INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in **Santa Clara** County, it should be assigned to the **Northern** Division of this Court.

## V.   STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

**6. Plaintiff is a participant in California's Safe-at-Home Address Confidentiality Program.**

**7. Defendant publicly disclosed Plaintiff's personal identifying information on court websites.**

**8. Plaintiff submitted emergency filings requesting immediate suppression of this information.**

**9. Defendant failed to process those filings and blocked judicial review.**

**10. Plaintiff repeatedly contacted the Clerk's Office and was denied a corrective process.**

**11. Plaintiff suffered fear, distress, and ongoing safety risk as a result.**

## VI. CLAIMS

### First Claim

**Name the law or right violated:** 42 U.S.C. § 1983 – Fourteenth Amendment Due Process
California Safe-at-Home Address Confidentiality Program (Gov. Code §§ 6207–6215)
ADA Title II (42 U.S.C. § 12132)

**Name the defendants who violated it:** Clerk of the Superior Court of California, County of Santa Clara, in his or her official capacity

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

**Defendant is required by law to provide meaningful access to the courts and to immediately protect the confidentiality of Safe-at-Home participants. Despite notice of Plaintiff's protected status and repeated emergency (verbal in-person, telephonic and in writing, USPS mail and email) requests, for 7 months Defendant(s) failed to suppress Plaintiff's personal identifying information from public website, court records, refused to process (multiple forms) emergency filings, and provided no lawful procedure for enforcement and. As a result, Plaintiff's information was publicly exposed, leading to premature attorney contact, harassment, fear for personal safety, and irreparable harm.**

_____ Claim

Name the law or right violated: Defendant violated 42 U.S.C. § 1983, the Fourteenth Amendment, ADA Title II, and California Safe-at-Home statutes by failing to suppress Plaintiff's identifying information and denying meaningful access to the courts.

Name the defendants who violated it: Clerk of the Superior Court of California, County of Santa Clara, in his or her official capacity only

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

COMPLAINT PAGE ___ OF ___ JDC TEMPLATE, UPDATED 11/2024

Copy this page and insert it where you need additional space.

## VII. DEMAND FOR RELIEF (CONTINUED)
### (Continuation of prior page)

Plaintiff respectfully requests that the Court grant the following relief:

1. Immediate injunctive relief requiring Defendant to remove, redact, and suppress all of Plaintiff's personal identifying information from publicly accessible court records, websites, and electronic systems.

2. A Temporary Restraining Order and Preliminary Injunction prohibiting further disclosure of Plaintiff's protected information pending final resolution of this action.

3. An order requiring Defendant to comply with the California Safe-at-Home Address Confidentiality Program, including Government Code §§ 6207–6215.

4. An order granting Plaintiff leave to proceed anonymously as "Jane Doe."

5. Such other and further relief as the Court deems just and proper.

6. An order requiring Defendant to implement clear, accessible notice procedures informing court users of the public disclosure implications of filing actions, including notice of how personal identifying information is handled online and the availability and mandatory nature of Safe-at-Home confidentiality protections, so that litigants may make informed decisions and seek immediate protection when legally entitled.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Plaintiff respectfully requests that the Court grant the following relief:

1. Immediate injunctive relief requiring Defendant to remove, redact, and suppress all of Plaintiff's personal identifying information from publicly accessible court records, websites, and electronic systems.
2. A Temporary Restraining Order and Preliminary Injunction prohibiting further disclosure of Plaintiff's protected information pending final resolution of this action.
3. An order requiring Defendant to comply with the California Safe-at-Home Address Confidentiality Program, including Government Code §§ 6207–6215.
4. An order granting Plaintiff leave to proceed anonymously as "Jane Doe."
5. Such other and further relief as the Court deems just and proper.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: **Dec 17, 2025**     Sign Name: **Jane Doe**  _/s/_

Print Name: **Jane Doe**