1  Your Name: Jane Doe
2  Address: _____
3  _____
4  Phone Number: Confidential safe at home program
5  Email Address: Justice4Jane22@gmail
6  Pro Se

**FILED**

DEC 19 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9  Division [check one]: ☐ San Francisco  ☐ Oakland  ☒ San Jose  ☐ Eureka-McKinleyville

10
11  Jane Doe
12  _____
13       Plaintiff,
14       v.
15  Clerk of the Superior Court
16  of California County of
17  Santa Clara, Mathias Capertz
    and does 1-10
18       Defendant.

Case No. C- 25 10861

[NAME OF DOCUMENT]
Motion to Proceed
Anonymously

VKD

Judge: Hon. _____

[DOCUMENT TITLE] _____

PAGE ___ OF ___           JDC TEMPLATE, UPDATED 11/2024

Plaintiff is a participant in California's safe at home address confidentiality program and faces a credible risk of harassment, retaliation and safety-related harm if her identity and personal identity info are publically disclosed.

Plaintiff seeks emergency injunctive relief. Disclosure of plaintiff's identity at this stage would defeat the purpose of the requested relief and exposure to further irreparable harm.

Plaintiff has previously opposed disclosure of protected personal identity info through court system which adversary contributed to circumstances.

Plaintiff therefore respectfully request that the court permit her to proceed as Jane Doe and that fully temporarily defer that designation pending further order of the court.

Dated Dec 19, 2025

Respectfully submitted,
Jane Doe at home

[TITLE/CASE NO.]

PAGE __ OF __        JDC TEMPLATE, UPDATED 11/2024