UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA,<br><br>    Defendant. | Case No. 25-cv-10861-NW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On December 19, 2025, self-represented Plaintiff Jane Doe ("Plaintiff") sued the Clerk of the Superior Court of the County of Santa Clara ("Defendant") and several Doe defendants. ECF No. 1. Plaintiff requested, pursuant to Federal Rule of Civil Procedure 65(b), for a temporary restraining order ("TRO") requiring that Defendant (1) immediately remove and redact Plaintiff's personal identifying information ("PPI") from all public systems, (2) comply with Safe at Home law, and (3) be enjoined from further disclosure of her PPI. ECF No. 4 at 4.[1] Plaintiff also filed motions to proceed *in forma pauperis* ("IFP") and to proceed anonymously. ECF Nos. 2, 3.

Finding all three motions lacking in factual detail, the Court denied Plaintiff's request for a TRO, application to proceed IFP, and motion to proceed anonymously. ECF No. 8 at 5. The Court ordered Plaintiff to file another application to proceed IFP by January 21, 2026, if she wished to proceed with this action. *Id.* The Court warned that "[i]f Plaintiff fail[ed] to file a renewed motion to proceed IFP" by that date, the Court would dismiss the action without prejudice. *Id.*

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

The January 21, 2026 deadline passed and Plaintiff did not filed a renewed motion to proceed IFP.[2]  Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 25, 2026

Noël Wise
United States District Judge

---

[2] The Court notes that the address provided by Plaintiff appears to be incorrect.  Two court orders were returned as undeliverable.  *See* ECF Nos. 9, 10.

2